IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARL MULLINS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GARCES RESTAURANT GROUP,** | : | |
| *et al.* | : | **NO. 18-1879** |

### O R D E R

      **AND NOW**, this 5th day of July, 2018, the Court having been advised (see Motion at Document #6) that the above action cannot proceed to trial and disposition because of the following reason:

      [X] - Order staying these proceedings pending disposition of a related action [*In re Garces Restaurant Group,* Bankruptcy Court DNJ No. 18-19054-JNP)

      [ ] - Order staying these proceedings pending determination of arbitration proceedings.

      [ ] - Interlocutory appeal filed

      [ ] - Other: recoverable assets being sought

it is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

_____
Berle M. Schiller, J.